Opinion by HARALSON, J.

---

# King *v.* Mobile & Northwestern Railroad Co. *et al.*

APPEAL from Mobile Chancery Court.
Heard before the Hon. WILLIAM H. TAYLOE.

F. G. BROMBERG and CHAS. L. BROMBERG, JR., for appellant.

PILLANS, TORREY & HANAW and BESTOR & GRAY, for appellee.

The appellant recovered a judgment upon a verdict of a jury in the circuit court of Mobile county against the Mobile and Northwestern Railroad Company on the eighth day of January, 1895, for the sum of five thousand, three hundred and seventy-two dollars, for services rendered to and work done for said railroad company. Execution issued upon said judgment against the said railroad company which was returned by the sheriff unsatisfied, with the endorsement of "No property of the defendant found within the county." Thereupon the appellant filed this bill for himself and all other creditors of said railroad

company, to recover from the appellees their unpaid subscriptions to the capital stock of the company in satisfaction of said judgment, recovered in the circuit court. The bill alleged that the corporation was insolvent and had ceased to do any corporate business since 1875.

On the final submission of the cause on the pleadings and proof, the chancellor dismissed the bill. From this decree the complainant appeals, and assigns the rendition thereof as error.

The decree of the chancellor is affirmed.

Opinion by TYSON, J.